Roy A. Banerjee, Esq. (Admitted *Pro Hac Vice*)  JS-6
rbanerjee@kumarpathak.com
M. Khurram Baig, Esq. (Admitted *Pro Hac Vice*)
mkbaig@kumarpathak.com
Angelina M. Kim, Esq. (Admitted *Pro Hac Vice*)
akim@kumarpathak.com
Kumar Pathak, LLC
1117 Perimeter Center West; Suite W 311
Atlanta, Georgia 30338
Telephone: (678) 443-2220
Facsimile: (678) 443-2230
ATTORNEYS FOR PLAINTIFF

Sandeep Baweja, Esq.
sb@bawejalaw.com
California Bar No.: 200192
445 South Figueroa Street
Los Angeles, California 90071
Telephone: (213) 426-2112
Facsimile: (213) 426-2146
LOCAL COUNSEL FOR PLAINTIFF

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| LEO SERVICES, INC., | CIVIL ACTION |
| Plaintiff, | FILE NO.: EDCV08-134 VAP (OPx) |
| v. | ~~[PROPOSED]~~ DEFAULT JUDGMENT |
| GABON AIRLINES, | |
| Defendant. | Judge: Hon. Virginia A. Phillips |

### ~~PROPOSED~~ DEFAULT JUDGMENT

It being clear from the record that the Plaintiff properly filed and served its Complaint against the Defendant, Gabon Airlines, and that the Defendant failed to timely file an Answer or make an appearance and that on February 24, 2009, this Court did enter a Default against the Defendant, and that Pursuant to F.R.Civ.P 55(b)(1) the Plaintiff has made a proper application to the Clerk for Default Judgment, IT IS HEREBY ORDERED that a default judgment in the principle amount of $734,584.52 be entered against the Defendant, Gabon Airlines.

IT IS SO ORDERED.

Date: 3/24/09

M. Mead
_____
CLERK FOR THE CENTRAL DISTRICT OF
CALIFORNIA, EASTERN DIVISION